**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-8163

EDWARD W. JEFFERSON,

Plaintiff - Appellant,

v.

WARDEN FRANK BISHOP; M. NORTHCRAFT; JAMES TICHNELL; B. MCKENZIE; PAULA R. WILLIAMS; MS. GORDON; ERIC ROUNDS; JEFF NINES, CCMS; R. DAVIS, CCMS II; SGT. SHIMKO, Coordinator; SCOTT OAKLEY, Execution Director; MAJOR DENNY MELLOTT; CAPTAIN HINES; DR. JACK CUNNING, School Principal; LT. A. J. LEE; STATE OF MD.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:12-cv-03497-JFM)

Submitted: April 25, 2013            Decided: April 29, 2013

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward W. Jefferson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward W. Jefferson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jefferson v. Bishop, No. 1:12-cv-03497-JFM (D. Md. Dec. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED